# Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS6 | E 1531712 | GARVIN, LOUIS | 2690 DOD |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07OCT23 1905
Offense Charged: ☐ CFR ☐ USC ☒ State Code
PC 647F

Place of Offense: NAVY GATEWAY INN, NAVAL BASE CORONADO

Offense Description: Factual Basis for Charge — HAZMAT ☐
Drunk in public

### DEFENDANT INFORMATION
Last Name: VANDENBERG
First Name: GREGORY
Street Address: DOD ID #: 1272 656343
[redacted]

APPEARANCE IS REQUIRED
☒ A  If Box A is checked, you must appear in court.

APPEARANCE IS OPTIONAL
☐ B  If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE
Court Address: 333 W Broadway, SAN DIEGO, CA 92101
Date: _____
Time: _____

X Defendant Signature: REFUSED TO SIGN

*E1531712*

Original - CVB Copy

CVB SCAN 01/19/2024 13:28

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident